Anthony D. Pascale
Defendant Pro Se

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 PROCEEDING |
| ANTHONY D. PASCALE and ROBYN L. PASCALE, | ) ) ) | Bankruptcy Case No. 15-04221-CL7 |
| | ) ) | Adversary Case No. 18-90042-CL |
| Debtor(s) | ) ) | |
| MARK OLYNYK, | ) ) ) | ANSWER |
| Plaintiff(s), Vs. | ) ) ) | |
| ANTHONY D. PASCALE and ROBYN L. PASCALE, | ) ) ) | |
| Defendant(s), | ) ) | |

### ANSWER

1. Defendant respectfully denies all points in COMPLAINT.

*[signature]*

Anthony D. Pascale, Defendant Pro Se

Dated: __05/2/18__

cc:
Certified mail to:

Clerk, US Bankruptcy Court
Southern District of California
325 West F Street

San Diego CA, 92101

Office of the US Trustee
880 Front St.
Ste. 3230
San Diego CA, 92101-8897

<u>Regular mail to:</u>
Keith Herron
5186 W. Point Loma Blvd.
San Diego, CA 92107